AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Reporters Committee for Freedom of the Press | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:21-cv-01294 |
| Office of the Attorney General, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Reporters Committee for Freedom of the Press                                      .

Date: June 24, 2021

s/ Gunita Singh
*Attorney's signature*

Gunita Singh; D.C. Bar No. 1601923
*Printed name and bar number*

1156 15th St., N.W., Ste. 1020
Washington, D.C. 20005
*Address*

gsingh@rcfp.org
*E-mail address*

202-800-3531
*Telephone number*

202-795-9310
*FAX number*