IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS,<br><br>*Plaintiff*,<br><br>v.<br><br>OFFICE OF THE ATTORNEY GENERAL, *et al.*,<br><br>*Defendants*. | Case No.  21-cv-1294 (DLF) |

## FIRST JOINT STATUS REPORT

The parties in this Freedom of Information Act ("FOIA") case, by and through their undersigned counsel, respectfully submit the following pursuant to the Court's June 16, 2021 minute order:

Undersigned counsel have conferred regarding processing of Plaintiff's two FOIA requests by the Department of Justice's Office of Information Policy ("OIP").  The first request seeks records of the Office of the Attorney General and contains four subparts.  Specifically, it seeks:

(1) All versions of DOJ's Policy regarding obtaining information from, or records of, members of the news media; and regarding questioning, arresting, or charging members of the news media, that have been in effect since January 21, 2017;

(2) All emails sent or received since January 21, 2017 that include proposed or enacted modifications to the Justice Department's Policy regarding obtaining information from, or records of, members of the news media; and regarding questioning, arresting, or charging members of the news media;

(3) All emails and/or email attachments sent to, from, copying, or blind copying former Acting Attorney General Matthew Whitaker, between November 7, 2018 and March 5, 2019, that include the phrase "policy regarding obtaining information from, or records of, members of the news media";

(4) All emails and/or email attachments sent to, from, copying, or blind copying Attorney General William Barr, since February 14, 2019, that include the phrase "policy regarding obtaining information from, or records of, members of the news media".

1

*See* Compl., Ex. 1 at 2-3, ECF No. 1-1 ("OAG Request").

The second request seeks records of the Office of the Deputy Attorney General and contains three subparts. Specifically, it seeks:

(1) All versions of DOJ's Policy regarding obtaining information from, or records of, members of the news media; and regarding questioning, arresting, or charging members of the news media, that have been in effect since January 21, 2017;

(2) All emails sent or received since January 21, 2017 that include proposed or enacted modifications to the Justice Department's Policy regarding obtaining information from, or records of, members of the news media; and regarding questioning, arresting, or charging members of the news media;

(3) All emails and/or email attachments sent to, from, copying, or blind copying former Deputy Attorney General Rod Rosenstein, between April 25, 2017 and May 12, 2019, that include the phrase "policy regarding obtaining information from, or records of, members of the news media".

*See* Compl., Ex. 2 at 2-3, ECF No. 1-2 ("ODAG Request").

In June and July 2021, the parties conferred regarding these two requests. The parties are continuing to confer as to subpart 1 of the OAG and ODAG Requests.[1] As to subpart 2 of the OAG and ODAG Requests, OIP's search is ongoing and the parties are conferring regarding search parameters, which the parties anticipate will be completed no later than August 6, 2021. OIP will provide Plaintiff with an anticipated search completion date once the parties' discussions regarding the search parameters for subpart 2 of the OAG and ODAG Requests are complete.

Subpart 3 of the OAG and ODAG Requests seeks "emails and/or email attachments" that "include the phrase 'policy regarding obtaining information from, or records of, members of the news media' sent to, from, copying, or blind copying" (1) former Acting Attorney General Matthew Whitaker, between November 7, 2018 and March 5, 2019; and (2) former Deputy

---

[1] Subparts 1 and 2 of the two requests are identical except that they are directed at different DOJ components.

Attorney General Rod Rosenstein, between April 25, 2017 and May 12, 2019, respectively. OIP has reviewed the emails of former Acting Attorney General Whitaker and former Deputy Attorney General Rosenstein for responsiveness to Plaintiff's requests, and located one responsive document. OIP will endeavor to provide Plaintiff a response as to that document on or before July 16, 2021.

Regarding subpart 4 of the OAG Request, OIP's search is ongoing and will be complete at the same time as the pending search for subpart 2 of the OAG and ODAG Requests, referenced above.

The parties propose that they file a joint status report in one month—*i.e.*, by **August 6, 2021**—at which time they would update the Court as to the status of OIP's processing of Plaintiff's FOIA requests. The parties further propose that they file monthly status reports, at 30-day intervals, until OIP has completed its processing of these requests.

Dated: July 7, 2021

*/s/ Katie Townsend*
Katie Townsend, DC Bar No. 1026115
Adam A. Marshall, DC Bar No. 1029423
Gunita Singh, DC Bar No. 1601923
REPORTERS COMMITTEE FOR
FREEDOM OF THE PRESS
1156 15th Street NW, Suite 1020
Washington, DC 20005
Phone: 202.795.9300
Facsimile: 202.795.9310
Email: ktownsend@rcfp.org
Email: amarshall@rcfp.org
Email: gsingh@rcfp.org

*Counsel for Plaintiff*

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director

*/s/ Michael J. Gaffney*
MICHAEL J. GAFFNEY
Trial Attorney (D.C. Bar No. 1048531)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, D.C. 20530
Telephone: (202) 514-2356
Facsimile: (202) 616-8470
E-mail: Michael.J.Gaffney@usdoj.gov

*Counsel for Defendants*