IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS,<br><br>   *Plaintiff*,<br><br>v.<br><br>OFFICE OF THE ATTORNEY GENERAL, *et al.*,<br><br>   *Defendants*. | Case No.  21-cv-1294 (DLF) |

## FIFTH JOINT STATUS REPORT

The parties in this Freedom of Information Act ("FOIA") case, by and through their undersigned counsel, respectfully submit the following pursuant to the Court's December 7, 2021 minute order:

Undersigned counsel have conferred regarding processing of Plaintiff's two FOIA requests by the Department of Justice's Office of Information Policy ("OIP"). The first request seeks records of the Office of the Attorney General and contains four subparts. Specifically, it seeks:

(1) All versions of DOJ's Policy regarding obtaining information from, or records of, members of the news media; and regarding questioning, arresting, or charging members of the news media, that have been in effect since January 21, 2017;

(2) All emails sent or received since January 21, 2017 that include proposed or enacted modifications to the Justice Department's Policy regarding obtaining information from, or records of, members of the news media; and regarding questioning, arresting, or charging members of the news media;

(3) All emails and/or email attachments sent to, from, copying, or blind copying former Acting Attorney General Matthew Whitaker, between November 7, 2018 and March 5, 2019, that include the phrase "policy regarding obtaining information from, or records of, members of the news media";

(4) All emails and/or email attachments sent to, from, copying, or blind copying Attorney General William Barr, since February 14, 2019, that include the phrase "policy regarding obtaining information from, or records of, members of the news media".

1

*See* Compl., Ex. 1 at 2-3, ECF No. 1-1 ("OAG Request").

The second request seeks records of the Office of the Deputy Attorney General and contains three subparts. Specifically, it seeks:

(1) All versions of DOJ's Policy regarding obtaining information from, or records of, members of the news media; and regarding questioning, arresting, or charging members of the news media, that have been in effect since January 21, 2017;

(2) All emails sent or received since January 21, 2017 that include proposed or enacted modifications to the Justice Department's Policy regarding obtaining information from, or records of, members of the news media; and regarding questioning, arresting, or charging members of the news media;

(3) All emails and/or email attachments sent to, from, copying, or blind copying former Deputy Attorney General Rod Rosenstein, between April 25, 2017 and May 12, 2019, that include the phrase "policy regarding obtaining information from, or records of, members of the news media".

*See* Compl., Ex. 2 at 2-3, ECF No. 1-2 ("ODAG Request").

On July 16, 2021, OIP provided an interim response regarding these two requests. Through that interim response, OIP has completed its response to subpart 1 of the OAG and ODAG Requests.[1] OIP also completed its response to subpart 3 of the OAG and ODAG Requests, locating one responsive record, which OIP produced to Plaintiff on July 16, 2021.

On October 5, 2021, OIP provided a subsequent interim response regarding subpart 4 of the OAG Request, indicating that it located no responsive documents.

As to subpart 2 of the OAG and ODAG Requests, after performing its initial responsiveness review and deduplication process, OIP extracted approximately 1,000 pages of material for further review and processing (including further manual deduplication). OIP has completed its processing of this material and has circulated the relevant material to other Executive Branch equity holders

---

[1] Subparts 1 and 2 of the two requests are identical except that they are directed at different DOJ components.

for consultation. Plaintiff has requested that within two weeks of the filing of this joint status report, Defendants provide Plaintiff with an estimated timeframe as to when Defendants' consultations with other agencies will be complete. OIP has requested that the consulting offices provide estimates of the time required to complete consultations, and will confer with Plaintiff regarding an estimated time frame for its response.

The parties propose that they file a joint status report in two months—*i.e.*, by **April 5, 2022**—at which time they would update the Court as to the status of OIP's processing of Plaintiff's FOIA requests. The parties intend to file status reports, at 60-day intervals, until OIP has completed its processing of these requests.

Dated: February 4, 2022

*/s/ Adam A. Marshall*
Adam A. Marshall, DC Bar No. 1029423
Katie Townsend, DC Bar No. 1026115
Gunita Singh, DC Bar No. 1601923
REPORTERS COMMITTEE FOR
FREEDOM OF THE PRESS
1156 15th Street NW, Suite 1020
Washington, DC 20005
Phone: 202.795.9300
Facsimile: 202.795.9310
Email: amarshall@rcfp.org
Email: ktownsend@rcfp.org
Email: gsingh@rcfp.org

*Counsel for Plaintiff*

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director

*/s/ Michael J. Gaffney*
MICHAEL J. GAFFNEY
Trial Attorney (D.C. Bar No. 1048531)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, D.C. 20530
Telephone:   (202) 514-2356
Facsimile:   (202) 616-8470
E-mail:      Michael.J.Gaffney@usdoj.gov

*Counsel for Defendants*