IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS,<br><br>*Plaintiff*,<br><br>v.<br><br>OFFICE OF THE ATTORNEY GENERAL, *et al.*,<br><br>*Defendants*. | Case No.  21-cv-1294 (DLF) |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants, Office of the Attorney General (OAG), Office of the Deputy Attorney General (ODAG), Office of Information Policy (OIP), and the United States Department of Justice (DOJ),[1] move for summary judgment pursuant to Federal Rule of Civil Procedure 56 and Local Civil Rule 7(h) for the reasons stated in the attached memorandum of points and authorities, statement of undisputed material facts, and supporting declaration and exhibits.

Dated: November 4, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director

---

[1] Plaintiff named the Office of the Attorney General (OAG), Office of the Deputy Attorney General (ODAG), Office of Information Policy (OIP), and the United States Department of Justice as Defendants.  The only potentially proper Defendant in this matter is the Department of Justice.  The Offices of the Attorney General, Deputy Attorney General, and Information Policy are components of the Department of Justice.

1

*/s/ Michael J. Gaffney*
MICHAEL J. GAFFNEY
Trial Attorney (D.C. Bar No. 1048531)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, D.C. 20530
Telephone: (202) 514-2356
Facsimile: (202) 616-8470
E-mail: Michael.J.Gaffney@usdoj.gov

*Counsel for Defendants*
