## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

REPORTERS COMMITTEE FOR FREEDOM
OF THE PRESS,

      *Plaintiff*,

    v.

OFFICE OF THE ATTORNEY GENERAL, *et al.*,

      *Defendants*.

Case No.  21-cv-1294 (DLF)

### STATEMENT OF MATERIAL FACTS NOT IN DISPUTE

As required by Local Civil Rule 7(h)(1) and the Court's Standing Order, ECF No. 3, and in support of Defendants' Motion for Summary Judgment, Defendants hereby provide the following statement of material facts not in dispute:

1. On January 29, 2021, Plaintiff Reporters Committee for Freedom of the Press (RFFP) submitted two FOIA requests to OIP.  Ex. 1, Decl. of Vanessa R. Brinkmann (Nov. 4, 2022), ¶ 4 (Brinkmann Decl.); Brinkmann Decl. Ex. A (copies of Plaintiff's two FOIA requests).

2. The first request—the "OAG Request"—sought records of the Office of the Attorney General and contained four subparts. *See* Compl., Ex. 1 at 2-3, ECF No. 1-1; Brinkmann Decl. ¶ 4; Brinkmann Decl. Ex. A.

3. Specifically, the OAG Request sought:

   a. All versions of DOJ's Policy regarding obtaining information from, or records of, members of the news media; and regarding questioning, arresting, or charging members of the news media, that have been in effect since January 21, 2017;

b.  All emails sent or received since January 21, 2017 that include proposed or enacted modifications to the Justice Department's Policy regarding obtaining information from, or records of, members of the news media; and regarding questioning, arresting, or charging members of the news media;

c.  All emails and/or email attachments sent to, from, copying, or blind copying former Acting Attorney General Matthew Whitaker, between November 7, 2018 and March 5, 2019, that include the phrase "policy regarding obtaining information from, or records of, members of the news media";

d.  All emails and/or email attachments sent to, from, copying, or blind copying Attorney General William Barr, since February 14, 2019, that include the phrase "policy regarding obtaining information from, or records of, members of the news media."

Compl., Ex. 1 at 2-3, ECF No. 1-1; Brinkmann Decl. Ex. A.

4.  The second request—the "ODAG Request"—sought records of the Office of the Deputy Attorney General and contained three subparts.  *See* Compl., Ex. 2 at 2-3, ECF No. 1-2; Brinkmann Decl. Ex. A.

5.  Specifically, the ODAG Request sought:

a.  All versions of DOJ's Policy regarding obtaining information from, or records of, members of the news media; and regarding questioning, arresting, or charging members of the news media, that have been in effect since January 21, 2017;

b.  All emails sent or received since January 21, 2017 that include proposed or enacted modifications to the Justice Department's Policy regarding obtaining information from, or records of, members of the news media; and regarding questioning, arresting, or charging members of the news media;

c.  All emails and/or email attachments sent to, from, copying, or blind copying former Deputy Attorney General Rod Rosenstein, between April 25, 2017 and May 12, 2019, that include the phrase "policy regarding obtaining information from, or records of, members of the news media."

Compl., Ex. 2 at 2-3, ECF No. 1-2; Brinkmann Decl. Ex. A.

6.  OIP acknowledged Plaintiff's two FOIA requests on February 19, 2021.  Compl., Ex. 3, ECF No. 1-3; Brinkmann Decl. ¶ 5; Brinkmann Decl. Ex. B.

2

7.  OIP informed RCFP that it had aggregated the two requests dated January 29, 2021 under a single tracking number, FOIA-2021-00670.  Brinkmann Decl. ¶ 5; Brinkmann Decl. Ex. B.

8.  OIP initiated its search on February 19, 2021 by sending search notifications to its points of contact in OAG and ODAG.  Brinkmann Decl. ¶ 13.

9.  On May 11, 2021, Plaintiff filed suit in connection with the above-referenced FOIA requests.  Compl., ECF No. 1; Brinkmann Decl. ¶ 6.

10. On June 16, 2021, Defendants filed an answer.  ECF No. 5.

11. By a letter dated July 16, 2021, OIP provided its first interim response to RCFP. Brinkmann Decl. ¶ 7; Brinkmann Decl. Ex. C.

12. The July 16, 2021 interim response contained OIP's response to subparts 1 and 3 of the OAG and ODAG Requests.[1]  Second Joint Status Report at 2, ECF No. 9; *see also* Brinkmann Decl. ¶ 7; Brinkmann Decl. Ex. C.

13. As to subpart 1 of the OAG and ODAG Requests, OIP explained that "the policy you reference is codified in Department of Justice regulations at 28 C.F.R. § 50.10." Brinkmann Decl. ¶ 7; Brinkmann Decl. Ex. C.  OIP further explained that, as "noted in the Code of Federal Regulations, this policy was last updated by AG Order No. 3486-2015 on January 21, 2015." *Id.*  OIP stated that this explanation "constitutes our response to subpart 1 of your requests."  Brinkmann Decl. ¶ 7; Brinkmann Decl. Ex. C.

14. As to subpart 3 of the OAG and ODAG Requests, OIP explained that it had located one responsive record.  Second Joint Status Report at 2, ECF No. 9; *see also* Brinkmann Decl.

---

[1] Subparts 1 and 2 of the two requests are identical except that they are directed at different DOJ components.

¶ 7; Brinkmann Decl. Ex. C.  OIP released in full nine pages to RCFP on July 16, 2021. Brinkmann Decl. ¶ 7; Brinkmann Decl. Ex. C.

15. Prior to the parties' August 6, 2021 joint status report, the parties conferred about the parameters for the search for documents responsive to subpart 2 of the OAG and ODAG Requests.  Second Joint Status Report at 2, ECF No. 9.  OIP proposed search terms and custodians for this search; thereafter, the parties "agreed regarding the parameters of the initial search." *Id.*

16. Agreement on the terms to be used in the initial search was reached after OIP agreed to modify its proposed search terms at RCFP's request and after OIP provided RCFP with a list of proposed custodians.  Brinkmann Decl. ¶ 18.

17. After performing its search, OIP did not identify any additional custodians or any other necessary modifications to its initial search.  Brinkmann Decl. ¶ 19.

18. After OIP performed its search, RCFP did not propose to OIP any additional custodians to be searched or any other modifications to the agreed-upon search parameters of the initial search.  Brinkmann Decl. ¶ 19.

19. By a letter dated October 5, 2021, OIP provided its second interim response to RCFP. Brinkmann Decl. ¶ 8; Brinkmann Decl. Ex. D.

20. The October 5, 2021 interim response contained OIP's response to subpart 4 of the OAG Request and a status update regarding the search as to subparts 2 of the OAG and ODAG Requests.  Third Joint Status Report at 2-3, ECF No. 10; *see also* Brinkmann Decl. ¶ 8; Brinkmann Decl. Ex. D.

21. As to subpart 4 of the OAG Request, in its October 5, 2021 interim response, OIP informed RCFP that the search for records potentially responsive to that subpart had been completed

and that no records responsive to that subpart were located. Brinkmann Decl. ¶ 8; Brinkmann Decl. Ex. D.

22. As to subparts 2 of the OAG and ODAG Requests, in its October 5, 2021 interim response, OIP informed RCFP that the search for records potentially responsive to those subparts had been completed and that its review of the initial search results for material potentially responsive to those subparts was ongoing. Brinkmann Decl. Ex. D. This search was performed using the search terms and custodians previously shared with RCFP. Brinkmann Decl. ¶ 18.

23. By a letter dated June 2, 2022, OIP provided its final response to RCFP. Brinkmann Decl. ¶ 9; Brinkmann Decl. Ex. E.

24. In its June 2, 2022 response, OIP stated that it had "completed the processing of subpart 2 of the OAG and ODAG requests." Brinkmann Decl. ¶ 9; Brinkmann Decl. Ex. E. OIP explained that, as a result, it was releasing "131 pages containing records responsive to" RCFP's request "with certain information withheld, some on behalf of the Criminal Division (CRM) and the Federal Bureau of Investigation (FBI), pursuant to Exemptions 5, 6, 7(C), and 7(E) of the FOIA, 5 U.S.C. § 552(b)(5), (b)(6), (b)(7)(C), and (b)(7)(E)." Brinkmann Decl. ¶ 9; Brinkmann Decl. Ex. E. OIP further explained that "448 pages containing records responsive to [RCFP's] request are being withheld in full pursuant to Exemption 5 of the FOIA, 5 U.S.C. § 552(b)(5)." Brinkmann Decl. ¶ 9; Brinkmann Decl. Ex. E.

Dated: November 4, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director

*/s/ Michael J. Gaffney*_____
MICHAEL J. GAFFNEY
Trial Attorney (D.C. Bar No. 1048531)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, D.C.  20530
Telephone:     (202) 514-2356
Facsimile:     (202) 616-8470
E-mail:          Michael.J.Gaffney@usdoj.gov

*Counsel for Defendants*