**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

REPORTERS COMMITTEE FOR FREEDOM
OF THE PRESS,

       *Plaintiff*,

    v.

OFFICE OF THE ATTORNEY GENERAL, *et al.*,

       *Defendants*.

Case No.  21-cv-1294 (DLF)

**[PROPOSED] ORDER**

Upon consideration of Defendants' Motion for Summary Judgment, it its hereby

ORDERED that Defendants' Motion is GRANTED for the reasons set forth in Defendants'

Memorandum of Points and Authorities in Support of their Motion.


Dated: _____          _____

                                DABNEY L. FRIEDRICH
                                United States District Judge