## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

REPORTERS COMMITTEE FOR FREEDOM
OF THE PRESS,

        *Plaintiff*,

    v.

OFFICE OF THE ATTORNEY GENERAL, *et al.*,

        *Defendants*.

Case No.  21-cv-1294 (DLF)

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Reporters Committee for Freedom of the Press and Defendants Office of the Attorney General, Office of the Deputy Attorney General, Office of Information Policy, and the United States Department of Justice[1], by and through their undersigned counsel, hereby stipulate to the dismissal of this case with prejudice.

Dated: June 21, 2023

Respectfully submitted,

*/s/ Katie Townsend*
Katie Townsend, DC Bar No. 1026115
Adam A. Marshall, DC Bar No. 1029423
Gunita Singh, DC Bar No. 1601923
REPORTERS COMMITTEE FOR
FREEDOM OF THE PRESS
1156 15th Street NW, Suite 1020
Washington, DC 20005
Phone: 202.795.9300
Facsimile: 202.795.9310
Email: ktownsend@rcfp.org

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director

*/s/ Michael J. Gaffney*
MICHAEL J. GAFFNEY
Trial Attorney (D.C. Bar No. 1048531)
United States Department of Justice
Civil Division, Federal Programs Branch

---

[1] This stipulation adopts the terminology of Plaintiff's Complaint as it relates to defining the Defendants.  However, throughout this litigation, *see, e.g.*, ECF No. 5 at 1 n.1; ECF No. 18-1 at 2 n.1, Defendants have maintained that the only potentially proper Defendant in this matter is the Department of Justice.  The Offices of the Attorney General, Deputy Attorney General, and Information Policy are components of the Department of Justice.

Email: amarshall@rcfp.org
Email: gsingh@rcfp.org

*Counsel for Plaintiff*

1100 L St. NW
Washington, D.C.  20530
Telephone:      (202) 514-2356
Facsimile:      (202) 616-8470
E-mail:         Michael.J.Gaffney@usdoj.gov

*Counsel for Defendants*

2